IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **KEVIN COLEMAN, et al.** | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.  AW 08-CV-3421 |
| **JERRY D. WEAST, et al.** | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER

The Defendants, Montgomery County Public Schools and Jerry Weast, by their attorneys, Jeffrey A. Krew and Jeffrey A. Krew, LLC, answer the complaint as follows:

1. In response to the averments contained in Paragraph 1 of the complaint, the Defendants state that Paragraph 1 of the complaint states legal conclusions to which no answer is required.  To the extent that an answer is required, the Defendants deny the averments contained in Paragraph 1 of the complaint.

2. In response to the averments contained in Paragraph 2 of the complaint, the Defendants state that Paragraph 2 of the complaint states legal conclusions to which no answer is required. To the extent that an answer is required, the Defendants deny the averments contained in Paragraph 2 of the complaint.

3. The Defendants admit the averments contained in Paragraph 3 of the complaint.

4. In response to the averments contained in Paragraph 4 of the complaint, the Defendants state that Paragraph 4 of the complaint states legal conclusions to which no answer is required. To the extent that an answer is required, the Defendants deny the averments contained in Paragraph 4 of the complaint.

5. In response to the averments contained in Paragraph 5 of the complaint, the Defendants state

that Paragraph 5 of the complaint states legal conclusions to which no answer is required. To the extent that an answer is required, the Defendants deny the averments contained in Paragraph 5 of the complaint.

6.  The Defendants admit the averments contained in Paragraph 6 of the complaint.

7.  The Defendants admit the averments contained in Paragraph 7 of the complaint.

8.  The Defendants admit the averments contained in Paragraph 8 of the complaint and further state that administrative hearing also took place on April 15, 2008.

9.  In response to the averments contained in Paragraph 9 of the complaint, the Defendants state that the decision of the Administrative Law Judge speaks for itself.

10. In response to the averments contained in Paragraph 10 of the complaint, the Defendants state that Paragraph 10 of the complaint states legal conclusions to which no answer is required. To the extent that an answer is required, the Defendants deny the averments contained in Paragraph 10 of the complaint.

11. The Defendants admit the averments contained in Paragraph 11 of the complaint.

12. In response to the averments contained in Paragraph 12 of the complaint, the Defendants state that the Plaintiffs have made unreasonable demands for attorneys' fees and have refused to provide any documentation supporting the amount of attorneys' fees claimed.

13. The Defendants deny the averments contained in Paragraph 13 of the complaint.

14. The Defendants deny the averments contained in Paragraph 14 of the complaint.

15. The Defendants deny the averments contained in Paragraph 15 of the complaint.

16. The Defendants deny the averments contained in Paragraph 16 of the complaint.

17. The Defendants incorporate herein by reference their answers to Paragraphs 1 through 16.

18. The Defendants deny the averments contained in Paragraph 18 of the complaint.

**DEFENSE 1**

The Complaint fails to state a claim upon which relief can be granted.

**DEFENSE 2**

The Plaintiffs' action is barred by their failure to comply with the rules of this Court governing the assessment of attorney's fees in civil rights cases.

WHEREFORE, the complaint should be dismissed, with prejudice.

                                      Respectfully submitted,

                                      JEFFREY A KREW, LLC
                                      by:

                                      _____/S/_____
                                      Jeffrey A. Krew, Trial Bar #08856
                                      4785 Dorsey Hall Drive, Suite 120
                                      Ellicott City, Maryland 21042
                                      Phone:  301-621-4900
                                      Fax:  301-621-4903
                                      Attorney for Defendants

Date:  January 5, 2009