# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN COLEMAN, *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 08-CV-3421 (AW) |
| JERRY D. WEAST, *et al.*, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 111, the plaintiffs hereby notify this Court that all claims related to this case have been settled by the parties.  The plaintiffs therefore request that the Court enter an order dismissing the case, with each party to bear its own costs, except as may be set forth in the settlement agreement.

Respectfully submitted,

/s/ (filed electronically)

Michael J. Eig                    #912733

MICHAEL J. EIG AND ASSOCIATES, P.C.

5454 Wisconsin Avenue, Suite 760

Chevy Chase, Maryland 20815

(301) 657-1740

Counsel for Plaintiffs